# Court of Appeals
# of the State of Georgia

ATLANTA, March 07, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1009. BONNIE MICHELLE SMITH v. SHIRLEY SMITH.

After James A. Smith, Jr., died, his daughter Bonnie Michelle Smith filed a petition in the Probate Court of Sumter County for right of disposition of the decedent's remains. The probate court denied the petition and found in favor of the decedent's surviving spouse, Shirley Smith. Bonnie Michelle Smith filed a petition of review to the superior court, and the superior court also denied the petition. Bonnie Michelle Smith then filed a notice of appeal to this Court. We lack jurisdiction.

Appeals from decisions of the superior courts reviewing decisions of lower courts must come by discretionary application. See OCGA § 5-6-35 (a) (1).[1] Accordingly, Bonnie Michelle Smith was required to file an application for discretionary appeal in this Court. See OCGA § 5-6-35 (a) (1).

---

[1] OCGA § 5-6-35 (a) (1) does "not apply to decisions of . . . probate courts" in "[counties] having a population of more than 90,000 persons according to the United States decennial census of 2010 or any future such census[.]" OCGA § 15-9-120 (2). As of the 2020 census, Sumter County had a population of 29,616.

Because she failed to do so, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/07/2025_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*